IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOE RANGER PICKETT, #128 361, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:20-CV-162-WHA |
| | ) | |
| J. WISE, JUSTICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Plaintiff, an inmate in the custody of the Alabama Department of Corrections, filed this petition for a writ of mandamus. This lawsuit is now before the court on the Recommendation of the United States Magistrate Judge that Plaintiff's case be dismissed without prejudice under the "three strikes" provision of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g), for failure to pay the required filing and administrative fees upon initiation of the case. Also before the court are Plaintiff's objections to the Recommendation. After an independent and *de novo* review of the record, the court concludes that Plaintiff's objections should be overruled and the Magistrate Judge's recommendation adopted.

Accordingly, it is hereby ORDERED as follows:

1. Plaintiff's Objection (Doc. 5) is OVERRULED.

2. The Recommendation of the Magistrate Judge (Doc. 4) is ADOPTED.

3. The motion to proceed *in forma pauperis* (Doc. 3) is DENIED.

4. This petition for writ of mandamus is DISMISSED without prejudice for Plaintiff's failure to pay the full filing fee upon the initiation of this case.

A Final Judgment will be entered.

Done, this 22nd day of April 2020.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE